IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN E. GALLAGHER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| SHERMAN FINANCIAL GROUP LLC | ) | |
| | ) | |
| Defendant | ) | |

**08 C 50051**

**JUDGE REINHARD**
**MAGISTRATE JUDGE MAHONEY**

**COMPLAINT
AND DEMAND FOR JURY TRIAL**

Plaintiff, by her attorney, David F. Black, of UAW-Chrysler LLC Legal Services Plan, for her Complaint states as follows:

1. This is an action for actual and statutory damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 USC 1692 et. seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Jurisdiction of this Court arises under 15 USC 1692k(d) and 28 USC 1331.

3. Plaintiff SUSAN E. GALLAGHER is a natural person currently residing in Roscoe, Illinois, and is a "consumer" within the meaning of the Fair Debt Collection Practices Act.

4. Defendant SHERMAN FINANCIAL GROUP LLC is the legal parent of SHERMAN ACQUISITIONS LP, RESURGENT CAPITAL SERVICES, LP and LVNV FUNDING LLC, all of which either regularly attempt to collect consumer debts asserted to be due another or who have taken assignments of such debts after they were in default.

5. On or about July 19, 2007, Plaintiff received a letter from Tate & Kirlin Associates attempting to collect a debt that was alleged to be owed to Sherman Acquisitions LP.  A copy of this letter is attached as Exhibit A.

6. On or about July 20, 2007, Plaintiff telephoned an agent of Defendant and was informed that the debt was originally owed to Sears.

7. Plaintiff denied any knowledge of this debt, but agreed to make payment in full on the condition she be subsequently provided with verification that the debt was owed.

8. Plaintiff made payment in the amount of $653.53 utilizing "check by phone."

9. On or about July 20, 2007, Plaintiff wrote to Resurgent Capital Services reminding Defendant of its obligation to provide documentation of the alleged debt.  A copy of this letter is attached as Exhibit B.

10. On or about September 5, 2007, Resurgent Capital Services, LP wrote to Plaintiff acknowledging payment, but making no mention of the requested verification. A copy of this letter is attached as Exhibit C.

11. On or about October 8, 2007, Plaintiff's attorney wrote to Resurgent Capital Services demanding either the promised documentation or a refund of the $653.43.  A copy of this letter is attached as Exhibit D.

12. Plaintiff subsequently learned that the alleged debt had been placed by LVNV Funding LLC with one or more credit reporting agency as "settled in full".

13. On or about November 24, 2007, Plaintiff's attorney wrote LVNV Funding LLC disputing the listing of the alleged debt as "settled in full" and again requesting

either documentation of the debt or a refund of the $653.43. A copy of this letter is attached as Exhibit E.

14. To date, Defendant has not provided the requested documentation or otherwise responded to Plaintiff or her attorney other than by way of Exhibit B.

## FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff realleges and incorporates by reference all of the above paragraphs.

16. In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the Fair Debt Collection Practices Act, 15 USC 1692 et. seq., including, but not limited to:

A. using a false representation to collect a debt in violation of 15 USC 1692e(10);

B. collecting a amount not owed in violation of 15 USC 1692f(1).

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendant for:

A. Actual damages of $653.43.

B. Statutory damages, pursuant to 15 USC 1692k(a)(2);

C. Costs of the suit, plus reasonable attorney's fees pursuant to 15 USC 1692k(a)(3);

D. Such other and further relief as may be just and proper.

## JURY DEMAND

A jury trial is demanded on all issues so triable.

s/ David F. Black
David F. Black, Attorney for Plaintiff

David F. Black #3123175
Attorney at Law
UAW-Chrysler LLC Legal Services Plan
600 South State Street, Suite 200
Belvidere, IL 61008
(815) 544-2525

2810 Southampton Road
Philadelphia PA 19154
ADDRESS SERVICE REQUESTED

**TATE & KIRLIN ASSOCIATES**
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

July 13, 2007

Creditor: LVNV FUNDING LLC
Client Ref: 5049941109224714
Account #: 8427370
Total Due: $650.53

#BWNKGZZ
#TY6A9B9355#    8427370-029X
Susan Gallagher
9391 River View Trl
Roscoe IL 61073-6606

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154-1207

*** Detach Upper Portion and Return with Payment ***

Creditor:        SHERMAN ACQUISITIONS LP
Client Ref #:    5049941109224714
Account #:       8427370

### IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 75% of your balance or $487.90 to resolve this debt. This payment must be received in our office by 08/03/07 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours truly,

*Michelle Greenburg*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection company.

Change of Address: _____ City: _____ State: ____ Zip: ____
Home Telephone #: _____ Business Telephone #: _____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

$ _____
Account Number        Payment Amount        Expire Date

Card Holder Name                              Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA 19154 • Toll free (877) 982-0001 • (267) 407-0101

Exhibit A

7-20-07

TO: Whom it may concern;

I am requesting all signed copied receipts for said charges from Sears acct # 4714 Totaling $625.59

You can send these to:

Susan Gallagher
9391 Riverview Trail
Roscoe, Ill  61073

Client Ref # 50499411092247714
acct # 8427370

Thank you

S Gallagher

attn: Corespon Dept

certified letter TO: Resurgent Capital Services
15 S. Main Suite 600
Greenville, SC 29601

Sent TO: Resurgent Capital Services
P.O. Box 10497
Greenview, SC 29603

Exhibit B

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

**RESURGENT CAPITAL SERVICES, LP**
1-888-665-0374
Fax: 1-866-467-0163
Hours of Operation
8AM-7PM EST Monday - Thursday
8AM-5PM EST Friday

186723503

PREVIOUS CREDITOR: Sears
CURRENT CREDITOR: LVNV Funding LLC
ACCOUNT NUMBER: 5049941109224714

09-05-07

SIFPD-CS-1                *A-H90-AM-00115

SUSAN GALLAGHER
9391 RIVER VIEW TRL
ROSCOE IL 61073-6606

RESURGENT CAPITAL SERVICES, LP
PO BOX 10497
GREENVILLE SC 29603-0497

Dear Susan Gallagher:

Thank you for your payment regarding the above referenced account. This letter will verify that the above-referenced account was settled in full on 07-23-07.

In the event that your payment is processed as insufficient funds, this settlement and letter will become void.

Sincerely,

Customer Service Department
Resurgent Capital Services, LP

*This communication is sent to you by Resurgent Capital Services, LP, a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

*Exhibit C*

SEE NEXT PAGE FOR IMPORTANT PRIVACY NOTIFICATION FROM YOUR CREDITOR

## UAW LEGAL SERVICES PLANS
**UAW-GM UAW-Ford UAW-DaimlerChrysler**
600 South State Street, Suite 200, Belvidere, IL  61008
Phone:  (815) 544-2525    Fax:  (815) 547-7857

October 8, 2007

Resurgent Capital Services, LP
15 S. Main Street, Suite 600
Greenville, SC 29601

RE: Susan E. Gallagher

To Whom It May Concern:

I now represent the above individual who has received debt collection communications from your company.  A copy of the latest such communication is enclosed.

First, it is not true that this account as "settled in full."  It was paid in full at the entire amount of the alleged debt, and not at a settlement amount.

More significantly, it was paid based on a promise the documentation that the debt was owed would be forthcoming.  This was because Ms. Gallagher disputed that she owed this debt and continues to do so.  My client even wrote a certified letter over two months ago reminding you of your obligation to provide this documentation.  To date no such documentation has been provided.

Kindly provide the undersigned with any documentation you have that my client owes this alleged debt.  If you are unable to provide this documentation, we demand that you return the $643.53 that was paid.

Unless you give this matter your immediate attention, we will have no alternative to assume that you have been illegally collecting a debt that was not owed.

Sincerely,

David F. Black
Attorney at Law

cc:  Susan E. Gallagher

Exhibit D

# UAW LEGAL SERVICES PLANS

**UAW-GM  UAW-Ford  UAW-DaimlerChrysler**
600 South State Street, Suite 200, Belvidere, IL  61008
Phone:  (815) 544-2525    Fax:  (815) 547-7857

November 24, 2007

LVNV Funding LLC
P.O. Box 10487
Greenville, SC 29603

RE: Susan E. Gallagher

To Whom It May Concern:

I now represent the above individual who has an account listed with you at the credit bureaus.

First, it is not true that this account was "settled in full." It was paid in full at the entire amount of the alleged debt, and not at a settlement amount.

More significantly, it was paid based on a promise the documentation that the debt was owed would be forthcoming. Enclosed are copies of my letter to Resurgent Capital Services and their letter acknowledging payment.

Kindly provide the undersigned with any documentation you have that my client owes this alleged debt. If you are unable to provide this documentation, we demand that you return the $643.53 that was paid.

Unless you give this matter your immediate attention, we will have no alternative to assume that you have been illegally collecting a debt that was not owed.

Sincerely,

David F. Black
Attorney at Law

cc: Susan E. Gallagher

Exhibit F