**FILED**

**MARCH 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50051**

| In the Matter of | Case Number: |
|---|---|
| Susan E. Gallagher v. Sherman Financial Group LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Susan E. Gallagher

| | |
|---|---|
| NAME (Type or print)<br>David F. Black | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David F. Black | |
| FIRM<br>UAW-Chrysler LLC Legal Services Plan | |
| STREET ADDRESS<br>600 S. State Street, Suite 200 | |
| CITY/STATE/ZIP<br>Belvidere, IL 61008 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3123175 | TELEPHONE NUMBER<br>815-544-2525 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |