# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50051 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Gallagher v. Sherman Financial Group LLC | | |

**DOCKET ENTRY TEXT:**

No stipulation to dismiss has been timely filed nor has the court extended the period of time for filing the stipulation to dismiss. The Clerk hereby enters an order of dismissal with prejudice in this case and judgment.

Electronic Notices

| | Courtroom Deputy Initials: | JT |
|---|---|---|