# United States District Court
## Northern District of Illinois
### Western Division

Susan E. Gallagher                                          **JUDGMENT IN A CIVIL CASE**

      v.                                                            Case Number: 08 C 50051

Sherman Financial Group LLC

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that no stipulation to dismiss has been timely filed nor has the court extended the period of time for filing the stipulation to dismiss.  The Clerk hereby enters an order of dismissal with prejudice in this case and judgment.

                                                       Michael W. Dobbins, Clerk of Court

Date: 7/15/2008

                                                       /s/ Jennifer Titak, Deputy Clerk